UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPINE AND NEUROSURGERY INSTITUTE,<br><br>Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE CO., et al.,<br><br>Defendants. | Case No. 24-cv-01235-NC<br><br>**ORDER TO SHOW CAUSE REGARDING CORPORATE DISCLOSURE STATEMENT**<br><br>Re: Dkt. No. 15 |

Defendant JPMorgan Chase & Co. filed a Corporate Disclosure Statement for this matter pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1 on May 20, 2024. ECF 15. The disclosure states, in part, "The Vanguard Group, Inc., an investment adviser which is not a publicly held corporation, has reported that registered investment companies, other pooled investment vehicles and institutional accounts that it or its subsidiaries sponsor, manage or advise have aggregate ownership under certain regulations of 10% or more of the stock of JPMorgan Chase & Co." ECF 15 at 2.

To better assess any recusal issues, the Court requests that JPMorgan provide additional detail regarding Vanguard's aggregate ownership or management of JPMorgan's stock. Such elaboration may include Vanguard's specific percentage of ownership interest in JPMorgan stock; whether that percentage of ownership is considered a controlling share of JPMorgan's stock; whether Vanguard maintains any representation

on JPMorgan's board or leadership bodies; how dispersed Vanguard's holdings of JPMorgan stock are between Vanguard's subsidiaries; and any other information JPMorgan may deem informative for the Court to consider.

JPMorgan must provide the Court with this information by July 5, 2024.

**IT IS SO ORDERED.**

Dated:  June 20, 2024          _____
                               NATHANAEL M. COUSINS
                               United States Magistrate Judge